IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ISMAEL ARRIAGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-CV-00308-A |
| | § | |
| STATE FARM LLOYDS AND | § | |
| AARON GALVAN, | § | |
| | § | JURY |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

Respectfully submitted,

SPEIGHTS & WORRICH

Jacey Hornecker
State Bar No.: 24085383
3838 Oak Lawn Avenue, Suite 1000
Dallas, Texas 75219
Phone: 210.495.6789
Fax: 210.495.6790
Email: jacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**

and

JOINT NOTICE OF SETTLEMENT – Page 1
2216670v1
10578.136

THOMPSON, COE, COUSINS & IRONS, LLP

_/s/ Rhonda J. Thompson_

Rhonda J. Thompson, Attorney-In-Charge
State Bar No.: 24029862
Adrienne B. Hamil, Of Counsel
State Bar No.: 24069867
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: rthompson@thompsoncoe.com
E-mail: ahamil@thompsoncoe.com
**COUNSEL FOR DEFENDANT STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

This is to certify that on the 12th day of June 2015, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with Fed. R. Civ. P. 5(b)(2).

*Via: Facsimile and Email*
Jacey Hornecker
SPEIGHTS & WORRICH
3838 Oak Lawn Avenue, Suite 1000
Dallas, Texas 75219
Phone: 210.495.6789
Fax: 210.495.6790
Email: jacey@speightsfirm.com
*Attorneys for Plaintiff*

_/s/ Adrienne B. Hamil_
Adrienne B. Hamil