IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ISMAEL ARRIAGA, | § |
| Plaintiff, | § |
| VS. | § NO. 4:15-CV-308-A |
| STATE FARM LLOYDS, ET AL., | § |
| Defendants. | § |

## FINAL JUDGMENT

Consistent with the document titled "Joint Notice of Settlement," filed by plaintiff, Ismael Arriaga, and defendant State Farm Lloyds, on June 15, 2015, and the discussions had during the telephone conference conducted in this case on June 11, 2015,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff against defendant State Farm Lloyds, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED June 17, 2015.

JOHN McBRYDE
United States District Judge